NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7027

JOHN D. MILLER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 06-0933, Judge Bruce E. Kasold.

ON MOTION

ORDER

Upon consideration of John D. Miller's motion for an extension of time to file his brief,

IT IS ORDERED THAT:

(1)     The motion is granted. Miller's brief, if it has not already been filed, is due within 21 days of the date of filing of this order.

(2)     The revised official caption is reflected above.

FOR THE COURT

MAR 0 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   John D. Miller
      Sean M. Dunn, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 6 2009

JAN HORBALY
CLERK